## CONTINENTAL CASUALTY CO v ACKERMAN

Ohio Appeals, 3rd Dist, Crawford Co

Decided May 1, 1935

John C. Carroll, Bucyrus, for plaintiff in error.

W. J. Schwenck, Bucyrus, for defendant in error.

226

For full opinion see 52 Oh Ap 15.